## NOT DESIGNATED FOR PUBLICATION

Mark Gerard Artall
Attorney at Law
109 S. College Road
Lafayette LA 70503

**REHEARING ACTION: April 10, 2013**

**Docket Number: 12   01035-CA consolidated with 1,036-CA**

**RALPH COLEMAN, ET AL.**
**VERSUS**
**GREGORY LANDRY, ET AL.**

**Appealed from Lafayette Parish Case No. C-20046151 C/W C-20046153**

<u>**BEFORE JUDGES**</u>:

   **Hon. Elizabeth A. Pickett**
   **Hon. James T. Genovese**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ralph Coleman and DeJuana Hightower, on behalf of their**

**incapacitated major daughter, Heather Coleman** has this day been

   **DENIED.**

cc: Michael Patrick Corry, Counsel for the Appellee
   Donald Russell Smith, Counsel for the Appellee
   William Compton Helm, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**